UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| MARCUS RAY NELSON, | ) |
| Petitioner, | ) ) ) |
| v. | ) Case No. 1:24-cv-00011-SNLJ |
| UNITED STATES OF AMERICA, | ) ) ) |
| Respondent. | ) ) |

## **MEMORANDUM AND ORDER**

This matter is before the Court on self-represented petitioner's Motion for Transcript [Doc. 13], Third Motion for Extension of Time [Doc. 14], and Motion for Docket Sheet/Prompt Disposition [Doc. 15]. As explained below, the Court will deny his requests for transcripts without prepayment and the motion for extension of time. However, the Court will instruct the Clerk of Court to mail petitioner a copy of the docket sheet.

### **Request for Copies**

Petitioner requests the Court to provide free copies of transcripts [Doc. 13, Doc. 15]. Upon review of the file, transcripts were filed in the underlying criminal case, USA v. Marcus Ray Nelson, Case No. 1:19-cr-00145-SNLJ [Doc. 191-193]. Petitioner should contact his attorney in the criminal case to obtain copies of the transcripts. Therefore, the Court will deny the motion for transcripts at this time.

### Third Motion for Extension of Time

On October 22, 2024, petitioner filed a Second Motion for Extension of Time to File Reply [Doc. 9]. The Court granted the motion and instructed petitioner that it was the final extension of time to file the reply [Doc. 10]. The Court will therefore deny petitioner's third motion for extension of time.

### Motion for Docket Sheet/Prompt Disposition

In a letter received by the Court on January 13, 2025, Petitioner requests a copy of the docket sheet, a copy of transcripts, and a final disposition. The Court again will deny the motion for transcripts at this time. However, the Court will instruct the Clerk of Court to mail petitioner a copy of the docket sheet.

Accordingly,

**IT IS HEREBY ORDERED** that petitioner's Pro Se Motion for Transcript [Doc. 13] is **DENIED**.

**IT IS FURTHER ORDERED** that petitioner's Motion for Extension of Time [Doc. 14] is **DENIED**.

**IT IS FURTHER ORDERED** that petitioner's Pro Se Motion for Docket Sheet/Prompt Disposition [Doc. 15] is **GRANTED** in part, and the Clerk of Court shall mail petitioner a copy of the docket sheet.

**SO ORDERED** this 16th day of January, 2025.

_____
STEPHEN N. LIMBAUGH, JR.
SENIOR UNITED STATES DISTRICT JUDGE